IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK B., | : | CIVIL ACTION |
|         Plaintiff | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO, | : | |
| Commissioner of the Social | : | |
| Security Administration, | : | |
|         Defendant | : | NO. 25-3782 |

## ORDER

**AND NOW**, this 30th day of January, 2026 upon consideration of Plaintiff's Request for Review (Document No. 8), and for the reasons contained in the Court's Memorandum of today, it is hereby **ORDERED** that:

(1) Plaintiff's Request for Review is **GRANTED**.

(2) The Commissioner's final decision is **REVERSED** and, pursuant to **sentence four** of 42 U.S.C. 405(g), the case is **REMANDED** so that the Commissioner may reconsider whether to adopt the April 4, 2024 opinion of Dr. Cohen that Plaintiff can only sit for two hours in an eight-hour workday.

**BY THE COURT**:

    */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge